# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **RONALD MELENDEZ,**<br><br>        Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN (Warden),<br><br>        Respondent. | No. SA CV 16-00885-VBF-AS<br><br>**FINAL JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation, Denying the Habeas Corpus Petition, and Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner.**

DATED: January 19, 2017

*Valerie Baker Fairbank*

———————————————
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE